**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 447 WAL 2017

          Respondent          :

                             :   Petition for Allowance of Appeal from
                             :   the Order of the Superior Court

          v.                     :

DOUGLAS LEROY STIFFLER,      :

          Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.